# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:22-cr-490** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE BRIDGET M. BRENNAN** |
| | ) | |
| -vs.- | ) | |
| | ) | **DEFENDANT'S UNOPPOSED** |
| **OBED SANCHEZ,** | ) | **MOTION TO VACATE PLEA** |
| | ) | |
| **Defendant.** | ) | |

Now comes the defendant, Obed Sanchez (hereinafter "Defendant"), by and through the undersigned counsel, and respectfully moves this Honorable Court for an order vacating the guilty plea previously entered on March 16, 2023. Upon review of Defendant's pre-sentence report, it became known that Defendant could be exposed to sanctions under 18 U.S.C. §924(e), the Armed Career Criminal Act (hereinafter "ACCA"). Defendant's plea agreement was silent as to the potential penalties under ACCA and he was not advised by the Court as to them at the time of his change of plea. In order to rectify the omission of these advisements and any potential issues related to them in moving forward, Defendant must be permitted to withdraw his plea.

Based upon the undersigned's prior communication with the Assistant United States Attorney, it is his understanding that the Government does not oppose this motion. Accordingly, Defendant respectfully requests that this Court vacate Defendant's guilty plea.

Respectfully submitted,

_____
**ROBERT B. BOTNICK – No. 0078267**
**THE BOTNICK LAW FIRM, LLC**
Attorney for Defendant
20600 Chagrin Boulevard, Suite 495
Shaker Heights, Ohio 44122
(216) 245-9245
(216) 331-2619 – Fax
robert@botnicklawfirm.com

## CERTIFICATE OF SERVICE

    A copy of the foregoing Defendant's Unopposed Motion to Vacate Plea was filed this 1st day of August, 2023 utilizing the Court's electronic case filing system and thereby served upon all parties.

                                                                                                            **ROBERT B. BOTNICK – No. 0078267**
                                                                                                            Attorney for Defendant