**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **CASE NO. 1:22-cr-490** |
| **Plaintiff,** | ) | |
| | ) | **JUDGE BRIDGET M. BRENNAN** |
| -vs.- | ) | |
| | ) | **MOTION FOR LEAVE TO** |
| **OBED SANCHEZ,** | ) | **WITHDRAW AS COUNSEL** |
| | ) | |
| **Defendant.** | ) | |

Now comes the counsel for Defendant Obed Sanchez (hereinafter "Defendant") and hereby moves this Honorable Court for leave to withdraw as counsel for Defendant in the instant matter pursuant to Local Rule 57.21 and Rule 1.16 of the Ohio Rules of Professional Conduct.

Counsel was appointed to represent Defendant on August 19, 2022. On August 24, 2023 Defendant discharged the undersigned as counsel.

R. 1.16(a)(3) requires an attorney to withdraw from representation if he is discharged by his client.

WHEREFORE, Counsel asks this Honorable Court to permit him to withdraw as counsel and provide Defendant new appointed counsel or allow him to hire retained counsel of his choosing. Counsel shall render available to Defendant's new counsel any and all papers and property to which he is entitled, and Counsel will comply with all applicable laws and rules. Counsel will further cooperate with future counsel and otherwise endeavor to minimize the possibility of harm to Defendant.

        Respectfully submitted,

        /s/ Robert B. Botnick
        **ROBERT B. BOTNICK**
        **SC0078267**
        **THE BOTNICK LAW FIRM, LLC**
        **Attorney for Defendant**
        20600 Chagrin Boulevard, Suite 495
        Shaker Heights, Ohio 44122
        (216) 245-9245
        (216) 331-2619 – Fax
        robert@botnicklawfirm.com

## **CERTIFICATE OF SERVICE**

A true and accurate copy of the foregoing Motion for Leave to Withdraw as Counsel was electronically filed this 28th day of August 2023 and a copy thereof served upon all parties via the Court's electronic case filing system. A copy was also separately sent to Defendant Obed Sanchez via United States mail.

        /s/ Robert B. Botnick
        **ROBERT B. BOTNICK**
        **SC0078267**
        Attorney for Defendant