**U.S. Department of Justice**
**United States Marshals Service**

# DRAFT

## REPORT OF INVESTIGATION

Page 1 of 2

| | | |
|---|---|---|
| 1. FID: 9414426<br>CASE: 2260-0223-2059-S | 2. DATE OF REPORT: 03/04/2022 | 3. REPORTED BY: FITZGERALD, BERT<br>AT: D60 |

4. SUBJECT NAME: SANCHEZ, OBED I

5. MERGED FIDs:

6. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION
[ ] COLLATERAL LEAD
[ ] WITNESS INTERVIEW
[ ] ADMINISTRATIVE SUBPOENA
[ ] CS/CI REQUEST
[ ] INVESTIGATIVE ENDEAVOR
[x] ARREST/CLOSE (USM11 1810512)
[ ] INTELLIGENCE UPDATE
[ ] MEMORANDUM TO FILE
[ ] DUE DILIGENCE
[ ] BWC FAILURE
[ ] OTHER

| 7. HOURS WORKED: | 8. BWC FOOTAGE EXISTS: | 9. BWC FOOTAGE REVIEWED: |
|---|---|---|
| | | |

On 12/03/2021 a warrant was issued for Obed I SANCHEZ (███████████████████████) by Adult Parole for parole violations.

On 03/03/2022 members of the NOVFTF Lorain Division went to the area of 350 4th St, Elyria after information was received that SANCHEZ had been frequenting the area. While parked in the driveway behind 350, Officers spotted ████ W█████████ DOB: ████████████████████ and ████ S█████ ███████) exiting their upstairs apartment. Officers were familiar with the couple and approached them to interview. During the interview W█████████ reported that SANCHEZ was staying in her apartment with a girlfriend. She confirmed that SANCHEZ was currently in the apartment and sleeping. She also reported that SANCHEZ was armed and slept with a handgun under his pillow. W█████████ went on to say that she was fine with USMS personnel entering her apartment as long as we did not break the door. She was asked for a key but stated that the door was unlocked and open. W█████████ and S█████ requested to leave the area so as not to be involved.

Officers approached the apartment and confirmed that the inner door was in fact slightly ajar. Officers knocked on the door and announced their presence. When there was no response they again announced and stated intent to arrest SANCHEZ. SANCHEZ could be seen rising from a bed located just inside the small apartment. SANCHEZ approached officers, who were now inside, with hands raised and was arrested without incident.

Officers saw SANCHEZ's girlfriend also getting out of the bed. She came forward and was asked to step out into the hall. Officers approached the bed and could see there were no other people present. Officers flipped the pillow where SANCHEZ had been laying and found a handgun, later determined to be a Taurus Armas G2C .40 caliber (Serial #ABK020323). The gun was loaded with 1 bullet in the chamber and 6 additional bullets in

| 10. SIGNATURE (Name and Title)<br><br>BERT FITZGERALD<br>Task Force Officer | 11. DATE<br>03/04/2022 6:54 AM EST | 14. DISTRIBUTION<br>__DISTRICT<br>__HEADQUARTERS<br>__OTHER_____ |
|---|---|---|
| 12. APPROVED (Name and Title) | 13. DATE | |

**UNITED STATES MARSHALS SERVICE**
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.



DEFENDANT'S EXHIBIT A

- 03/04/2022 6:54 AM EST

**U.S. Department of Justice**
United States Marshals Service

**DRAFT**

---

### REPORT OF INVESTIGATION

Page 2 of 2

| 1. FID: 9414426  CASE: 2260-0223-2059-S | 2. DATE OF REPORT: 03/04/2022 | 3. REPORTED BY: FITZGERALD, BERT  AT: D60 |
|---|---|---|
| 4. SUBJECT NAME: SANCHEZ, OBED I | | |

5. MERGED FIDs:

---

the magazine. Elyria Police were called and took control of the weapon and ammunition.

As SANCHEZ was under the Authority of the APA, the Parole Officer on site conducted a brief search of the immediate area where SANCHEZ was lying but no other contraband was found.

SANCHEZ was transported to the Lorain County Jail by NOVFTF Officers.

CASE CLOSED

---

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

03/04/2022 6:54 AM EST