IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1:22-cr-490 |
| Plaintiff-Appellee, | ) | |
| | ) | JUDGE BRIDGET M. BRENNAN |
| -vs.- | ) | |
| | ) | |
| OBED SANCHEZ, | ) | NOTICE OF APPEAL |
| | ) | |
| Defendant-Appellant. | ) | |

**NOTICE** is hereby given that **OBED SANCHEZ**, Defendant-Appellant in the above named case, hereby appeals to the United States Court of Appeals for the 6th Circuit the Final Judgement and Sentence, Document #72 entered in this cause on the 17th day of April 2024.

Respectfully submitted,

**OBED SANCHEZ, PRO SE**
BOP Register No: 17216-510
FCI MIAMI
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
MIAMI, FL  33177