```
[---] Sanch--- #17216-510
Obe-- ---ez
Federal Correctional Institution Miami
P.O Box 779800
Miami, FL 33177
```

MIAMI FL 330
28 MAR 2025 PM 2 L

Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113

44113-182999