Case No. 25-3237

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**


UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

OBED SANCHEZ

      Defendant - Appellant


Upon consideration of the motion of Lori Beth Riga to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.  The court will appoint

new counsel to represent the appellant under the Criminal Justice Act.

> **ENTERED PURSUANT TO RULE 45(a),
> RULES OF THE SIXTH CIRCUIT**
> Kelly L. Stephens, Clerk

Issued:  April 10, 2025